UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :
                                  :
    - v. -                        :        **Order of Continuance**
                                  :        **22 MJ 1739**
ALI DOBY,                         :
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - X

Upon the application of the United States of America and the affirmation of Thomas John Wright, Assistant United States Attorney for the Southern District of New York, it is found that ALI DOBY, the defendant, was charged with violations of Title 21, United States Code, Section 846, in a complaint dated February 19, 2022;

It is further found that the defendant was presented before The Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the Southern District of New York, on February 19, 2022, and was ordered released with a preliminary hearing set as a matter of law for March 11, 2022;

It is further found that The Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, on March 11, 2022 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until April 11, 2022;

It is further found that The Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, on

April 11, 2022 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until May 11, 2022;

It is further found that The Honorable Katharine H. Parker, United States Magistrate Judge for the Southern District of New York, on May 11, 2022 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until June 10, 2022;

It is further found that Donald Yanella, Esq., who represents the defendant, and Assistant United States Attorney Thomas John Wright have been engaged in, and are continuing, discussions concerning a possible pre-trial disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with defense counsel about the pre-trial disposition of this case and that the defendant, through his counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until July 11, 2022, and

that a copy of this Order and the affirmation of Assistant United States Attorney Thomas John Wright be served on this date on counsel for the defendant by the United States Attorney's Office.

Dated:    New York, New York
          June 10, 2022

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :
                                  :
     - v. -                       :    **Affirmation in Support of**
                                  :    **Application for Order of**
                                  :    **Continuance**
                                  :    **22 MJ 1739**
ALI DOBY,                         :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - X

State of New York            )
County of New York           ) ss.:
Southern District of New York )

     Thomas John Wright, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

     1.   I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York.  I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

     2.   ALI DOBY, the defendant, was charged in a complaint dated February 19, 2022, with violating Title 21, United States Code, Section 846.  The defendant was arrested on or about February 18, 2022, and was presented in accordance with Federal Rule of Criminal Procedure 5 before the Honorable Gabriel W. Gorenstein, United

States Magistrate Judge, in the Southern District of New York on February 19, 2022.   The defendant was ordered released.

3.   At the initial presentment on February 19, 2022, a preliminary hearing date was set as a matter of law for March 11, 2022.

4.   Thereafter, with the consent of Donald Yanella, Esq., who is appointed to represent the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until April 11, 2022, which the Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, granted.

5.   Thereafter, with the consent of Donald Yanella, Esq., who is appointed to represent the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until May 11, 2022, which the Honorable Ona T. Wang, United States Magistrate Judge for the Southern District of New York, granted.

6.   Thereafter, with the consent of Donald Yanella, Esq., who is appointed to represent the defendant, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until June 10, 2022, which the Honorable Katharine H. Parker, United States Magistrate Judge for the Southern District of New York, granted.

7.   In the interim, Mr. Yanella and I have had discussions regarding a possible pre-trial disposition of this case, which

have continued to the present. The discussions have not completed, and Mr. Yanella and I plan to continue the discussions but do not anticipate a resolution to them before the deadline under the Speedy Trial Act expires on June 10, 2022.

8. Therefore, the Government is requesting a continuance until July 11, 2022, to continue the foregoing discussions and reach a pre-trial disposition of this matter. The Government most recently confirmed Mr. Yanella's consent to this request on or about June 8, 2022.

9. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:    New York, New York
          June 10, 2022


                              _Thomas John Wright_
                              _____
                              THOMAS JOHN WRIGHT
                              ASSISTANT UNITED STATES ATTORNEY
                              (212) 637-2295

3