Law Offices of
# Donald J. Yannella
A Professional Corporation  
**Email: nynjcrimlawyer@gmail.com**  
**Tel: (212) 226-2883**  
**Fax: (646) 430-8379**

| | |
|---|---|
| **70 Grand Avenue, Suite 100** | **233 Broadway, Suite 2370** |
| **River Edge, NJ 07661** | **New York, NY 10279** |
| | (Preferred mailing address) |

November 1, 2022

Hon. Vernon S. Broderick  
United States District Judge  
Thurgood Marshall United States Courthouse,  
40 Foley Square, New York, NY 10007

  Re: US v Ali Doby  
     22 Cr. 142 (VSB)

Hon. Vernon S. Broderick:

  I was appointed pursuant to the Criminal Justice Act as counsel for Ali Doby at his presentment. Yesterday, retained counsel filed a notice of appearance (Doc. # 109) on behalf of Mr. Doby. I respectfully request that I be relieved as counsel for Mr. Doby and removed from the distribution list of electronic docket notifications in this matter.

              Sincerely,

              /s/

              Donald J. Yannella, Esq.

c. Ali Doby,