Law Offices of
# Donald J. Yannella
A Professional Corporation

**Email:** nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100** | **233 Broadway, Suite 2370** |
| **River Edge, NJ  07661** | **New York, NY  10279** |
| | (Preferred mailing address) |

November 1, 2022

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse,
40 Foley Square, New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/
**VERNON S. BRODERICK
U.S.D.J.** 11/2/2022

    Re:    US v Ali Doby
             22 Cr. 142 (VSB)

Hon. Vernon S. Broderick:

     I was appointed pursuant to the Criminal Justice Act as counsel for Ali Doby at his presentment.  Yesterday, retained counsel filed a notice of appearance (Doc. # 109) on behalf of Mr. Doby.  I respectfully request that I be relieved as counsel for Mr. Doby and removed from the distribution list of electronic docket notifications in this matter.

                                      Sincerely,

                                      /s/

                                      Donald J. Yannella, Esq.

c.  Ali Doby,