```
     N444EARC

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                            22 Cr. 142 (VSB)

5    ZUKEILA PLAZA, a/k/a "Keila,"
     MAURICE SINCLAIR, a/k/a
6    "Skino" a/k/a "Ski," LAWRENCE
     GREEN, a/k/a "Lzz," a/k/a
7    "LJ," LOUISE LAWRENCE a/k/a
     "Adam," a/k/a "Anthony," a/k/a
8    "A," DEION JOHNSON a/k/a
     "Billz," a/k/a "Black," NATHAN
9    SMITH, a/k/a "Youngin," a/k/a
     "600," a/k/a "Six," ESTIBEN
10   OLIVA a/k/a "Mula," JOHN
     GRAVES, a/k/a "Nephew," ALI
11   DOBY a/k/a "Lee Drilly," a/k/a
     "Fifty," GODDES EARL, a/k/a
12   "Asia," JAVON HOSKINS a/k/a
     "Jason," a/k/a "Twin," and
13   JOHN HENDRICKS a/k/a "Tyson,"
     a/k/a "Fred,",
14
                                             Conference
15             Defendants.

16   ------------------------------x

17                                           New York, N.Y.
                                             April 4, 2023
18                                           11:15 a.m.

19
     Before:
20
                   HON. VERNON S. BRODERICK,
21
                                             District Judge
22
                           APPEARANCES
23
     DAMIAN WILLIAMS
24        United States Attorney for the
          Southern District of New York
25   THOMAS JOHN WRIGHT
          Assistant United States Attorney
```

N444EARC

DAVID JASON COHEN
     Attorney for Defendant Goddes Earl

LISA SCOLARI
     Attorney for Defendant Javon Hoskins

WALESKA SUERO GARCIA
     Attorney for Defendant Zukeila Plaza

RICHARD PALMA
     Attorney for Defendant Maurice Sinclair

DAVID KEITH BERTAN
     Attorney for Defendant Lawrence Green

N444EARC

                    APPEARANCES (Continued)

CARLOS MANUEL SANTIAGO, JR.
     Attorney for Defendant Louis Lawrence

BRENDAN QUIGLEY
     Attorney for Defendant John Graves

RAY GAZER
     Attorney for Defendant Deion Johnson

RICHARD ROSENBERG
     Attorney for Defendant Estiben Oliva

PHILLIP HAMILTON
     Attorney for Defendant Ali Doby

1             (Case called)

2             THE COURT:  OK.  If I could ask counsel to please

3    identify themselves for the record, beginning with the

4    government.

5             MR. WRIGHT:  Good morning, your Honor.  For the

6    government, Assistant United States Attorney Thomas John

7    Wright.

8             THE COURT:  OK.  Good morning.

9             MR. BERTAN:  Good morning, your Honor.  David Bertan

10   appearing for Mr. Green.  He is seated in the second row,

11   wearing a blue shirt.

12            THE COURT:  OK.  Thank you.

13            MR. COHEN:  David Cohen for Ms. Goddes Earl, who is

14   sitting in the back row, to your Honor's left.  I'm also

15   appearing for Jeffrey Chabrowe for Nathan Smith, who is in the

16   first row in the yellow jumper.

17            THE COURT:  Thank you.

18            MR. ROSENBERG:  Good morning, your Honor.  Richard

19   Rosenberg appearing for Estiben Oliva.  He is sitting in the

20   second row of the jury box.  The second person -- raise your

21   hand, please.

22            THE COURT:  OK.  Yes.

23            MS. SCOLARI:  Good morning, your Honor.  Lisa Scolari

24   for Javon Hoskins, who is closest to the Court in the front row

25   of the jury box.

1        THE COURT:  OK.  Thank you.
2        MR. PALMA:  Good morning, your Honor.  Richard Palma
3   for Maurice Sinclair.  Mr. Sinclair is seated in the audience.
4        THE COURT:  OK.  Thank you, Mr. Sinclair.
5        MS. GARCIA:  Good morning, your Honor.  Waleska Suero
6   Garcia with Boies Schiller on behalf of Ms. Plaza, who is in
7   the gallery.
8        THE COURT:  OK.  Right.  Thank you.
9        MR. HAMILTON:  Your Honor, good morning.  For Mr. Ali
10  Doby, who is seated in the back row, closest to the door,
11  Phillip Hamilton.
12       THE COURT:  All right.  Thank you.
13       MR. SANTIAGO:  Good morning, your Honor.  Good morning
14  everyone else.  Carlos Santiago, on behalf of my client, Louis
15  Lawrence, who is seated in the jury box in orange in the front
16  row.
17       THE COURT:  OK.  Thank you.
18       MR. GAZER:  Good morning, your Honor.  Ray Gazer on
19  behalf of Deion Johnson, who is sitting front row center.
20       THE COURT:  OK.
21       MR. QUIGLEY:  Good morning, your Honor.  Brendan
22  Quigley for John Graves, who is seated to my right.
23       THE COURT:  All right.  Thank you.  OK.  Thank you,
24  counsel.
25       This matter is on today for a scheduling conference.

1    I understand that the parties have discussed  coming back on
2    July 6th at noon.  Does that date -- is that correct?
3             MR. WRIGHT:  That's my understanding, your Honor,
4    after speaking with counsel.
5             THE COURT:  Sorry.
6             MR. WRIGHT:  I understand it's a date that's
7    convenient for all counsel who are present today, your Honor.
8             THE COURT:  Does any defense counsel object to that
9    date?
10            MR. COHEN:  David Cohen, but on behalf of
11   Mr. Chabrowe, that was a bad date.  We discussed it all amongst
12   ourselves.  So for the rest of us it happens to be a good date,
13   and the only date we could agree upon.  So for that reason, we
14   decided to do July 6th.
15            THE COURT:  All right.  Well, hopefully Mr. Chabrowe's
16   schedule will work itself out.  I don't know what the matter is
17   that would present a conflict.
18            Let me ask, last we were here, I discussed with the
19   parties whether or not there would be motions.  Have the
20   parties had an opportunity to discuss any pretrial motion that
21   might be made?
22            MS. SCOLARI:  Your Honor, Lisa Scolari, for
23   Mr. Hoskins.
24            We just all, I believe, got offers.  I got mine
25   yesterday.

1  THE COURT:  OK.

2  MS. SCOLARI:  So there's new offers here for the
3  defendants to contemplate, so we need time with those.  I don't
4  think we're really ready to look at motions yet for that
5  reason.

6  THE COURT:  All right.  Well, I guess what I would say
7  is between now and July 6th, I expect you to do both things.
8  Obviously, Ms. Scolari, I took what you said meaning certain of
9  the defense counsel have written offers from the government?

10  MS. SCOLARI:  That is correct.

11  THE COURT:  So this is what I suggest.  I'll put this
12  matter over until July 6th at noon.  During the interim,
13  counsel for the defendants should both, obviously, communicate
14  with your clients and talk about the offers, obviously, but
15  also talk about motions.  I think between now and July 6th is
16  enough time to work through the issue of pleas.  If it turns
17  out that pleas aren't in the offing, I would like to get a
18  motion schedule from the parties.  Either be prepared to give
19  me the schedule on July 6th or send a short letter in advance
20  of the conference setting forth any motions that might be made,
21  and if there are no motions, then we can discuss trial dates at
22  that time.

23  So I'm going to exclude the time between now and
24  July 6th from the time within which the defendants would have
25  to be brought to trial.  Now, I find that that exclusion is

1  necessary to allow counsel to review the plea offers with their
2  clients, to review the discovery, and determine whether or not
3  there are any motions that should be made if the plea
4  discussion don't bear fruit, in other words, don't work out,
5  and I find that that exclusion outweighs the interest of the
6  public and the defendants in a speedy trial.
7       Let me ask, obviously, I was speaking with Ms.
8  Scolari, and I assume that she was speaking in general for the
9  group, but I want to make sure if there's any other issues that
10 any counsel have with regard to how we're proceeding?
11      OK.  All right.  So I would say, at the suggestion of
12 my staff, the next conference, and just be on the lookout,
13 we'll do it in a larger courtroom so that there's more space.
14      Now, let me ask, Ms. Earl, I know there was
15 communications between Mr.Cohen and my chambers and between
16 yourself and Mr. Cohen.  Are you satisfied, at this stage, with
17 Mr. Cohen's representation?
18      DEFENDANT EARL:  Yes.  Everything's gotten better.  We
19 smoothed everything over.
20      THE COURT:  OK.  All right.  Thank you.  I just wanted
21 to confirm that.
22      All right.  Is there anything else that we need to
23 deal with or discuss today from the government?
24      MR. WRIGHT:  Not from the government.  Thank you, your
25 Honor.

1           THE COURT:  From the defense?
2           OK.  Thank you very much.  And I thank everybody for
3    getting here promptly.  I know today is a challenging day for
4    commuting to and from this area of the city.  Thank you very
5    much.  We'll stand adjourned.
6           (Adjourned)