

48 Wall Street, Suite 1100
New York, NY 10005

Tel: 212-729-0952
www.HCLLPLaw.com

**Ethan Van Buren**
Associate Attorney
vanburen@HCLLPLaw.com

The Honorable Judge Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

March 22, 2024

<u>**Re: United States v. Ali Doby, 22-CR-142-VSB**</u>

Dear Judge Broderick:

    Ali Doby is currently scheduled for a sentencing hearing in front of Your Honor on March 29, 2024, and defense counsel submitted our Sentencing Memorandum on March 15, 2024. We write today to update Your Honor, as we indicated we would, on the status of Mr. Doby's criminal case pending in Bronx County (The People of the State of New York v. Ali Doby, IND-71233-22/013). We can now represent that we have reached an agreement with the Bronx County District Attorney's Office whereby Mr. Doby will plead guilty to Attempted Assault in the Second Degree (N.Y.P.L. §§ 110.00, 120.05), on the next court date, April 24, 2024. Mr. Doby will receive a sentence of 2 years, which will run concurrent to the final sentence imposed by Your Honor, as well as 3 years of post-release supervision.

    We also wish to clarify one aspect of the Sentencing Memorandum regarding Mr. Doby's paternal grandmother. We noted, on page 3, that Mr. Doby's grandmother was a retired professor at Columbia University, but she in fact attended Columbia, and worked as a professor at The City College of New York. We apologize for the error.

    Finally, we seek, with Your Honor's permission, to supplement our previous sentencing submission with the attached character letters written on Mr. Doby's behalf. Unfortunately, members of Mr. Doby's family were confused about the due date for defense submissions, which is why we were unable to file these letters with our memorandum. We apologize for the delay and any confusion this may have caused.

    We are available should Your Honor have any questions, and we thank you for your time and attention to this matter.

                                                                 Respectfully submitted,

                                                                 Ethan Van Buren, Esq.
                                                                 Phillip Hamilton, Esq.