Dear Judge Vernon S. Broderick

My name is Latoya Bland and I'm currently a full time worker at Beth Abraham Rehabilitation. My title is a Certified Nursing Assistant. I've held this license since 2011. I also graduated College of New Rochelle with a Bachelor's degree in liberal arts with a minor in psychology.

   I'm writing this letter for Ali Doby. I want to tell you about the Ali that I know. I've known Ali for the entire 21 years of his life. He's my youngest brother. We were raised in the same houses. Although we only share the same father, both of our mothers allowed us to have a close relationship. I lived with our dad and Ali's mom for many years and he often visited and stayed over at my mom's house when ever I lived with her. It was always me, my two other little brothers Maurice and Makhi and Ali the baby. Im 13 years older then Ali and I've been in love with him since he was born. We're very close especially now that he's older we talk about everything. Growing up Ali was always a funny child, helpful, dependable. Emotional, very smart, creative, affectionate & protective. Those characteristics followed him into his adult years.

    Ali's helpfulness is something I admire about him. I remember a day me and my brothers were outside and we had a curfew to come back home. We decided we were going to go with our own friends and meet back in front of our building at 7pm so we can go in the house together. The rules were we was suppose to come in together, always. Everyone was in front of the building at 7pm except Ali. After time passed we started to get worried not only were we late for curfew but we couldn't find Ali. We ended up walking to the corner of our neighborhood street and there was Ali walking down the hill with a lady. Before I got to say anything to Ali she must have seen the worry in my face. She stated that Ali helped her bring her groceries inside of her house because her shopping cart had broken. All of her groceries fell in the street and he stayed to help her all the way in her apartment. He stayed and helped knowing he would be late home. If I wanted to be mad because we were going to be in trouble for missing curfew how could I? Ali till this day will help anyone with anything if he's able to. What I admire the most is he helps and looks for nothing in return.

   Ali as an adult has proven himself to be a dependable and family oriented person. Hes the person we all call when we need to talk because we know he will listen. We know that

The Honorable Judge Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York NY 10007

Dear your Honor my Name is Ali -Jimoh F. Doby I'm an independent contractor specializing in construction labor over the last 20 years after changing my career from social work in men's homeless shelters.

My son is a very smart courageous young man with a very kind nature that excels in both education and sports. He had a very interesting relationship with my grandmother who lived to103 since he was a toddler. I noticed that his brothers, sister aunts and uncles would be present yet still he gravitated to her until she passed and he had to be told that she went to a better place. There relationship forged him spiritually. But that's only my belief.

My mother has had a life long relationship with my son from the moment he was born she loves her grandson and pretty much made it her personal goal to pass on every bit of knowledge that she obtained in life and education. Mostly education. She was a teacher and that is where he learned to excel in the classroom She taught him table manors,how he should tuck in his shirt tie his shoes and all the basics in stages in his life. She was and is still a big influence on him.

His brothers and sisters have always been a positive influence. Being that he is the youngest of the children they passed on to him what they acquired growing up. They spoiled him protected him loved him and showed him off to all of their friends. They like most kids have differences but it was all love at the end of the day. I love to see them interact they tell him the does and don'ts about both male and female relationship. How he should dress and how he shouldn't let people take his kindness for weakness. Over all he his siblings are a big factor in his life.

Me and his mother are pretty much on the same page when it comes to our son. Give him all the love we could give him from the start then along with love some discipline knowledge and understanding. I must admit my form of discipline isn't very harsh I'd rather talk to my kids. On the other hand his mother was the disciplinarian. She saw what I didn't I was soft with them when it came to punishment and things of that nature. I was raised in a very different time. I didn't want what I experienced as a child and what I saw my cousins experience. For the most part I thought As a team me and his mother did a good job him and his brothers and sisters.

My son's problem came when covid showed up and left inner city kids with nothing to do. Covids biggest crime was taking school sports after-school activities and after school jobs. The lock down was bad for us all and I'm not making excuses. I believe that my son got in with a crowd of kids that didn't have to much knowledge about about the ugliness that people do to obtain the things they need or the things they think they need. I'm not making any excuses for my son but I believe he would not have made the choices he made had he still was in school and after-school. Young men sometimes don't need idle

time the need programing discipline and education. I fault my self for not knowing how to recognize what was going on earlier on. There would've been a different out come.

        Moving forward my son has seen that you reep what you sough. This is something that will stay with him for the rest of his life at the end of the day he realizes that he put himself in this situation and know he has to learn from his mistakes and be accountable for his actions. Once again I put some blame on my self as a parent. He tells me it's not his fault.

        Moving forward I hope that you can look into your heart and not give him to much of a lengthy sentence because although he has earned punishment I know that he has learned his lesson. He is talented music wise. Before his arrest his career in music  looked promising. He talks about his music but having a different tone. I know he won't make the same mistake given a second chance. Hopefully you well give him that chance. I beg of you to give him that chance. My entire family begs you for a second chance.
      Sincerely yours
      Ali-Jimoh F. Doby

The Honorable Judge Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York NY 10007

Dear your Honor my name is Dr. Francine Doby I am a retired college professor I received my Doctorate in English from Columbia University. I taught at city college for many years. I retired to take care of my parents who were up in years around the time my grandson Ali was born.

Ali-Jimoh's main characteristics are his keen sense of humor, above average intelligence, loyalty and love for his family and friends.

He was a funny even tempered baby and a impish, mischievous toddler who astonished adults with his advanced vocabulary. By preteen and teens, he was the joker and prankster of the family. Everyone had fun with him.

As a toddler he was close to his great grandmother my mother and even closer to me his grandmother. Our relationship revolved around day trips school and Sunday school. We read daily and visited Barnes and Noble on a weekly basis, which probably partially contributed to his advanced reading and vocabulary skills on state wide standardized tests. On which he frequently scored at superior levels.

Ali-Jimoh is a very hard worker. As a child this was demonstrated by his grades and willingness to complete chores at home. Later on he worked hard to be a professional in the music industry. From his letters, I also observe a new found maturity. He is willing to take responsibility for his mistakes and has advised his fans to follow a straight and narrow path.

In one letter in particular he promised me that he would avoid any actions that would return him to jail. He said that being imprisoned has taught him to be careful about his associates and avoid any persons or activities that would lead him afoul of the law. He has always been truthful and determined to succeed, so I believe he will keep his promise to me.

Sincerely yours
Dr. Francine Doby

Dear Your Honor

My Name is Shaquana Doby Im currently employed as a Private Care Worker for Annemarie Herrwagen. I have been working for Mrs Herrwagen since January 2020. I have an associate degree in arts. I'm currently applying to schools to further my education and to obtain a Bachelor's degree of Nursing hoping to start this fall. I'm writing this letter on behalf of Ali Doby who is my first cousin on my maternal side of the family.  I have known Ali for his entire 21 years of life. Our relationship is more like an older sister and little brother rather than a cousins. I always called him my little big cousin because Ali has always had a mature and nurturing side.

The Ali that I know is compassionate,artistic,smart,loving and supportive. He always reaches out to check on me to see if he can help me with anything, mainly my two dogs whom he loves.One of the things that I would never forget is when I took my first vacation after I purchased the dogs. I didn't  have anyone to care for them I asked Ali's mom if she thought Ali was mature enough to watch over the dogs alone and to be left with a key to my home. I already knew the answer but due to him being sixteen at the time I wanted to run it by his mom. She assured me that he was responsible and capable of handling the responsibility. While I was away my mind was racing thinking about all of the parties sixteen year old  Ali was about to have.To no surprise everything went fine, no parties and my Neighbors said they didn't hear a thing. When I got back I was trying to pay Ali. He refused to take the money and told me had my back and that is what family is for.

 When I found out Ali was arrested my reaction was shock, hurt and disbelief. Coming up from elementary school to high school Ali always showed interest in school as he received rewards for scoring high on state exams. Standing out as a promising student always showed his ability to take the right paths. One of the things I regret is not staying on top of Ali with his school work and his social life, assuming he had it mostly figured out caused me to be more relaxed. Ali is the light of our family and brings joy to our hearts. We miss him and the support he provided our family.

Your Honor I ask that Ali be given the least amount of time possible. Not only because he is a member of my family. Since Ali has been incarcerated he has turned to Allah for guidance and wisdom; he is also learning a new language Arabic. He has seriously taken the time to reflect on where things have gone wrong and what is needed moving forward. Ali has taken full responsibility for his actions. Most of the conversations we have had since he's been incarcerated is how he can be a positive and a law abidden member of society. He has been more optimistic about changing his life around. He has plans to further his education and take on jobs where he will be mentoring the youth. Holidays, birthdays, and family functions haven't been the same without him; he is the heart of the family. Ali is always willing to do selfless acts for his family and he is greatly missed.What will be different is he will have a village of family that can mentore him, help him plan his future and stay on the right path.

Natasha Girdy
4100 Hutchinson River Pkwy E,
Bronx NY 10475
natashagirdy@gmail.com

To Whom It May Concern,

    Dear Your Honor, I am Natasha Girdy, the cousin of Ali Doby. I am a registered nurse that has known Ali Doby since he was born. I am writing this letter to provide a character reference for Ali Doby, whom I have known since he was born. I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct.

    I have had the privilege of witnessing Ali Doby demonstrate unwavering integrity, compassion, and responsibility throughout the years. Ali Doby displayed honesty and truthfulness in all of our interactions. Ali Doby has consistently shown respect for others, treating individuals from all walks of life with dignity and kindness.Based on my knowledge of Ali Doby, I firmly believe that the actions alleged in the charges against him are uncharacteristic of his true nature. I kindly request the court's consideration of Ali Doby overall character and previous contributions to society. I am confident that with appropriate guidance and support, he will continue to positively contribute to the community. I firmly believe that Ali Doby deserves an opportunity for redemption and rehabilitation.

    Thank you for taking the time to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided details.

    Sincerely,
    Natasha Girdy

if we need somebody to cry with, Ali will hear you, feel you and be there. He's such an empathetic person which makes understand more. When Ali was a baby we were close but it was more of a me protecting and helping him relationship. Now that's he's older we are still close but the closeness we built as adults is unbreakable and best friend like.

Ali is a man who chases his goals. Hes very smart, dedicated and creative and knows his worth when it comes to his art. Ali is a rapper. He woke up one day and wanted to rap and been at it ever since. He's pretty talented in that department. I write poems and books and Ali was the person who motivated me to just do it. If he could decide to rap get millions of views and record deals offered to him in just a year. He tells me I better just do it. And that I did.

While incarcerated Ali looked for guidance spiritually and fell in love with Islam. Converted and that is something else we have in common. I've been a Muslim for the last five years. Me and Ali discuss our religion and what we learned often. We talk more now because this month until April is the month of Ramadan. So we're fasting, asking god for his forgiveness and showing discipline. Ali is dedicated to Islam he's even learned a few scriptures in Arabic which is very hard to do.

Your honor as an older sibling witnessing my baby brother go down a path I never wanted him to without being able to catch his mistakes and protect him as i once did when he was a baby is heart breaking for me. But, I also believe that everything in our lives is already written by god. This experience has open not only Ali's eyes but mines as well. We have to be more involved in keeping each other on the right track always. I want to apologize for me not always being aware as we got older of everything that was happening but I vow to now. From me and Ali's conversations now I know that he see's a different path for His self for when he comes home. Ali takes full responsibility for his actions and he's prepared for his consequences.  I beg you to not be harsh with sentencing, me and my family being without Ali is detrimental for us. Thank you for your time.