**<u>Exhibit B</u>**

 **BP-A0288** **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

### Part I - Incident Report

| 1. Institution: **BROOKLYN MDC** | | Incident Report Number: **3852157** | |
|---|---|---|---|
| 2. Inmate's Name<br>**DOBY, ALI** | 3. Register Number<br>**87185-509** | 4. Date of Incident<br>**04-28-2023** | 5. Time<br>**1244 hrs** |
| 6. Place of Incident<br>**Housing Unit I-62 Common Area** | 7. Assignment<br>**UNASSG** | 8. Unit<br>**4 DETC M/W** | |
| 9. Incident<br>**224 -- ASSAULTING W/O SERIOUS INJURY. (298 -- INTERFERING W/STAFF-HIGH) MOST LIKE** | | 10. Prohibited Act Code(s)<br>**224 298** | |

11. Description Of Incident
(Date: **04-29-2023**  Time: **1122 hrs**  staff became aware of incident)

**On November 10, 2023 at approximately 1222 Hours, SIS staff became aware that inmate Doby, Ali, Reg. No. 87185-509, has reentered BOP Custody and is currently housed in Housing Unit J-72. Specifically, on April 29, 2023, at approximately 1122 Hours, SIS Staff became aware that on April 28, 2023, inmate Doby, Ali, was involved in a staff assault on Housing Unit I-62. The incident report could not be generated on darts at the time due to inmate Doby, Ali's departure from MDC Brooklyn. However, a hard copy of the incident report detailing the incident was generated. The incident report generated stated the following: On April 29, 2023, at approximately 1122 Hours, the SIS Department was made aware that an incident report occurred on April 28. 2023 at approximately 1244 Hours. Specifically, while reviewing the NICE Camera System, Victim CO-1 , along with Victim CO-2 , were observed conducting a pat search on inmate Doby, Ali, Reg. No. 87185-509. During the course of the pat search inmate Doby, Ali, became disruptive and refused staff orders, therefore Victim CO-1 and Victim CO-2 attempted to restrain inmate Doby, Ali, however, inmate Inmate-1 , Inmate-2 and Inmate-3 intervened and unleased a vicious assault by utilizing their fists to continuously strike Victim CO-1 and Victim CO-2 in the head and facial area. Due to the other inmate intervening, inmate Doby, Ali, was able to free himself from being restrained and was able to assault Victim CO-1 and Victim CO-2 , with closed fists to the head and facial area. Victim CO-1 and Victim CO-2 both received Medical Treatment from an outside hospital, in which Victim CO-1 suffered multiple facial abrasions, a cut under his left eye, a busted lip and a head contusion, and Victim CO-2 suffered a laceration to the back of his head.**

| 12. Typed Name/Signature of Reporting Employee<br>**A Livingston** | | 13. Date And Time<br>**11-10-2023 1222 hrs** |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature) | 15. Date Report<br>Delivered | 16. Time Report<br>Delivered |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.